# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                    **Crim. No. 7:06-CR-73-1D**

**DARIUS DEMON BAIN**

On September 9, 2021, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                    I declare under penalty of perjury that the foregoing is true and correct.

                    /s/Timothy L. Gupton  
                    Timothy L. Gupton  
                    Senior U.S. Probation Officer  
                    310 New Bern Avenue, Room 610  
                    Raleigh, NC 27601-1441  
                    Phone: 919-861-8686  
                    Executed On: March 21, 2024

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this **25** day of **March**, 2024.

                    James C. Dever III  
                    U.S. District Judge